DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOUINISE EUGENE,**
Appellant,

v.

**JAMES STRONG,**
Appellee.

No. 4D2023-2308

[January 31, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE19001294.

Ariel E. Mitchell of Law Office of Ariel E. Mitchell, P.A., Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Whetstine v. Steiner*, 875 So. 2d 787, 788 (Fla. 4th DCA 2004) ("[F]ailure to produce a transcript of the trial [on a motion to relocate a minor child], where evidence was taken, precludes appellate review."); *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***